In the Matter of JUANITA AIKENS, Respondent, v KENNETH MARK NELL, Appellant.

Submitted July 27, 2009; decided October 27, 2009

Reported below, 63 AD3d 1662.

Motion for leave to appeal granted. Motion for poor person relief granted.